**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1263**

CARL CREWS,

                 Plaintiff - Appellant,

      v.

S&S SERVICE CENTER INC., trading as Woodbridge Public Auto
Auction,

                 Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:11-cv-01184-JCC-TRJ)

Submitted: June 29, 2012            Decided: July 6, 2012

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carl Crews, Appellant Pro Se. James Douglas Cuthbertson,
LECLAIR RYAN, PC, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Crews appeals the district court's order dismissing his Federal Arbitration Act complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Crews v. S&S Serv. Ctr. Inc., No. 1:11-cv-01184-JCC-TRJ (E.D. Va. Jan. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED